*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Joseph E Gallagher | ) | Case No. 25–10569–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 2/14/25 and 2/28/25, this case is hereby DISMISSED.

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court

**Date: March 17, 2025**

Missing Documents:
Attorney Disclosure Statement
Ch. 13 Statement of your current monthly income & calculation of commitment period form 122C–1
Means Test Calculation form 122C–2
Ch. 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets & Liabilities